No. 96. TRUJILLO *v.* UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE HARLAN would grant petition for certiorari, vacate judgment of Court of Appeals, and remand to that court for further consideration in light of *Leary* v. *United States,* 395 U. S. 6 (1969). See *Street* v. *New York,* 394 U. S. 576, 586 (1969); *Stromberg* v. *California,* 283 U. S. 359 (1931). *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 573. WATTS ET AL. *v.* SEWARD SCHOOL BOARD ET AL. Sup. Ct. Alaska. Motion to dispense with printing petition and to use record in No. 325, October Term, 1967, granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George Kaufmann* for petitioners. *Theodore M. Pease, Jr.,* for respondents.

No. 694. PANICO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Abraham Glasser* and *Jerome Lewis* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 886. O'CONNOR, EXECUTOR, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Motion to substitute John K. O'Connor, Executor of Estate of Raymond A. O'Connor, deceased, in place of Raymond A. O'Connor, as a party petitioner, granted. Certiorari denied. *Newell S. Boardman* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for respondent.